United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 26-15213-RB |
| Janell Bucha | Chapter 7 |
| Ronald Bucha | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 28, 2026 | Form ID: 318a | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | | Janell Bucha, Ronald Bucha, 39425 Wentworth St, Murrieta, CA 92563-4345 |
| 43184789 | + | Sunrun Inc, 595 Market St, 29th Floor, San Francisco, CA 94105-2802 |
| 43184794 | | UMB Credit Card, Po Box 419734, Kansas City, MO 64141-6734 |
| 43184795 | | Waste Management, 14310 Frederick St, Moreno Valley, CA 92553-9000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Oct 28 2026 20:15:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Oct 28 2026 20:15:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 28 2026 20:15:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43184768 | | EDI: GMACFS.COM | Oct 28 2026 20:15:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 43184769 | ^ | MEBN | Oct 28 2026 16:31:02 | American Coradius International, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 43184770 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 16:39:03 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43184771 | | EDI: CAPITALONE.COM | Oct 28 2026 20:15:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43184772 | | Email/Text: bankruptcy@cavps.com | Oct 28 2026 17:08:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 43184773 | | EDI: JPMORGANCHASE | Oct 28 2026 20:15:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 43184774 | | EDI: CITICORP | Oct 28 2026 20:15:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 43184775 | ^ | MEBN | Oct 28 2026 16:31:17 | Client Services Inc, 514 Earth City Plz Ste 310, Earth City, MO 63045-1303 |
| 43184776 | + | EDI: DISCOVER | Oct 28 2026 20:15:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 43184777 | | EDI: CALTAX.COM | Oct 28 2026 20:15:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

| | | | | |
|---|---|---|---|---|
| 43184778 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 28 2026 17:07:00 | Goldman Sachs Bank, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 43184779 | + | Email/Text: bankruptcy@gurstel.com | Oct 28 2026 17:07:00 | Gurstel Law Firm, 9320 E Raintree Dr, Scottsdale, AZ 85260-2072 |
| 43184780 | + | Email/Text: info@hunthenriques.com | Oct 28 2026 17:07:00 | Hunt & Henriques, 7017 Realm Dr, San Jose, CA 95119-1491 |
| 43184781 | | EDI: IRS.COM | Oct 28 2026 20:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43184782 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 16:39:06 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43184783 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 17:08:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 43184784 | ^ | MEBN | Oct 28 2026 16:31:08 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 43184785 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2026 16:47:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 43184786 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2026 16:47:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401-8703 |
| 43184787 | | EDI: PRA.COM | Oct 28 2026 20:15:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 43184788 | + | Email/Text: rcttcbankruptcy@rivco.org | Oct 28 2026 17:07:00 | Riverside Treasurer - Tax Collector, 4080 Lemon St 4th, Riverside, CA 92501-3609 |
| 43184790 | ^ | MEBN | Oct 28 2026 16:31:01 | Suttell & Hammer, PO Box C-90006, Bellevue, WA 98009-9006 |
| 43184791 | | EDI: SYNC | Oct 28 2026 20:15:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 43184792 | | EDI: SYNC | Oct 28 2026 20:15:00 | Synchrony / Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 43184793 | | EDI: SYNC | Oct 28 2026 20:15:00 | Synchrony / Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin Heston | on behalf of Debtor Janell Bucha bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Ronald Bucha bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | charleswdaff@gmail.com c122@ecfcbis.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Janell Bucha<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1362 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ronald Bucha<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5918 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 6:26–bk–15213–RB | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Janell Bucha

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/13/26

Ronald Bucha

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 10/13/26

**Dated:** 10/13/26

**By the court:** Magdalena Reyes Bordeaux
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

17/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**